## Slippery Rock Area Joint School Board v. Rieger et al., Appellants.

Argued March 19, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK, and McBRIDE, JJ.

*Lee C. McCandless*, with him *Elder W. Marshall, John P. Davis, Jr.,* and *Reed, Smith, Shaw & McClay,* for appellants.

*George P. Kiester*, with him *Kiester, Coulter & Gilchrist,* for appellee.

OPINION PER CURIAM, May 8, 1959:
The judgment entered in the court below is affirmed.